# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID MOODY, | Case No. 23-CV-3847 (NEB/ECW) |
| Plaintiff, | |
| v. | |
| CREDIT ACCEPTANCE CORPORATION, EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION LLC, | ORDER FOR DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC |
| Defendants. | |

Pursuant to the parties' Stipulation of Dismissal With Prejudice filed on August 5, 2024 (ECF No. 47), IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE against Defendant Equifax Information Services, LLC and each party shall bear their own costs and attorneys' fees.

Dated: August 5, 2024

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge