# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID MOODY, | Case No. 23-CV-3847 (NEB/ECW) |
| Plaintiff, | |
| v. | ORDER FOR DISMISSAL OF PARTY: CREDIT ACCEPTANCE CORPORATION |
| CREDIT ACCEPTANCE CORPORATION, EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION LLC, | |
| Defendants. | |

Pursuant to the parties' Stipulation of Dismissal With Prejudice filed on August 19, 2024 (ECF No. 50), IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE against Credit Acceptance Corporation and each party shall bear their own costs and attorneys' fees.

Dated: August 20, 2024

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge