# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID MOODY, | Case No. 23-CV-3847 (NEB/ECW) |
| Plaintiff, | |
| v. | ORDER FOR DISMISSAL |
| CREDIT ACCEPTANCE CORPORATION, EQUIFAX INFORMATION SERVICES, LLC AND TRANS UNION LLC, | |
| Defendants. | |

Pursuant to the parties' Stipulation of Dismissal With Prejudice filed on September 30, 2024 (ECF No. 53), IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE against Defendant Trans Union LLC and each party shall bear their own costs and attorneys' fees. As Defendant Trans Union LLC is the last remaining defendant in this case, the case will be closed.

Dated: September 30, 2024

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge